**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF TENNESSEE

Case number *(if known)* _____ Chapter __11__

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy     06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Everlast Epoxy Systems, Inc.** | |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | **FKA Everlast Epoxy of Tennessee** <br> **FKA Everlast Epoxy** | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **20-5540096** | |
| 4. | **Debtor's address** | **Principal place of business** <br><br> **803 South Garden Street, Ste 300** <br> **Columbia, TN 38401** <br> Number, Street, City, State & ZIP Code <br><br> **Maury** <br> County | **Mailing address, if different from principal place of business** <br><br><br> P.O. Box, Number, Street, City, State & ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | **https://www.everlastepoxy.com/** | |
| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

3255

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check all that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☒ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☒ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No.
☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
☒ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | **See Attachment** | Relationship | |
|---|---|---|---|
| District | | When | | Case number, if known | |

**11. Why is the case filed in this district?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**▮ Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☒ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☒ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 20, 2024**
MM / DD / YYYY

**X** /s/ David Joseph Linton      David Joseph Linton
Signature of authorized representative of debtor      Printed name

Title    **Chief Executive Officer**

**18. Signature of attorney**

**X** /s/ Robert J. Gonzales      Date **June 20, 2024**
Signature of attorney for debtor      MM / DD / YYYY

**Robert J. Gonzales**
Printed name

**EmergeLaw, PLC**
Firm name

**4235 Hillsboro Pike, Suite 300**
**Nashville, TN 37215**
Number, Street, City, State & ZIP Code

Contact phone   **(615) 815-1535**    Email address   **ecf@emerge.law**

**16705 TN**
Bar number and State

| Debtor | **Everlast Epoxy Systems, Inc.** | Case number (*if known*) | |
|--------|---------------------------------|--------------------------|---|
| | Name | | |

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF TENNESSEE

Case number (*if known*) _____ Chapter **11**

☐ Check if this an amended filing

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| Debtor | **David J. and  Brandi L. Linton** | Relationship to you | **Affiliate** |
|--------|-------------------------------------|---------------------|---------------|
| District | **Middle District of Tennessee** When **6/20/24** | Case number, if known | |
| Debtor | **Everlast Epoxy Flooring Company** | Relationship to you | **Affiliate** |
| District | **Middle District of Tennessee** When **6/20/24** | Case number, if known | |

**Fill in this information to identify the case:**

Debtor name   **Everlast Epoxy Systems, Inc.**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF TENNESSEE

Case number (if known)

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☒ *Schedule H: Codebtors* (Official Form 206H)
☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **June 20, 2024**     X **/s/ David Joseph Linton**
                                                  Signature of individual signing on behalf of debtor

                                   **David Joseph Linton**
                                   Printed name

                                   **Chief Executive Officer**
                                   Position or relationship to debtor

Fill in this information to identify the case:

Debtor name **Everlast Epoxy Systems, Inc.**

United States Bankruptcy Court for the: **MIDDLE DISTRICT OF TENNESSEE**

Case number (if known): _____

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **American Express P.O. Box 981535 El Paso, TX 79998-1535** | | **Credit card** | | | | **$33,118.54** |
| **Arropol Chemicals 1815 South Hamilton St Dalton, GA 30721** | | **Vendor** | | | | **$17,298.00** |
| **Capital One P.O. Box 30285 Salt Lake City, UT 84130-0285** | | **Credit card** | | | | **$10,688.96** |
| **Capital One P.O. Box 30285 Salt Lake City, UT 84130-0285** | | **Credit card** | | | | **$9,968.24** |
| **First-Citizens Bank & Trust Company 1516 16th Ave S. Nashville, TN 37212** | | **Wells Fargo Bank (Operations) - 3305 SW Archer Rd. Gainsville, FL 32608 Wells Fargo Bank (Incoming Wires)3305 SW Archer Rd - Gainsville, FL 32608 AR   Raw Materials/Inventory 20 desks, 6 tables, 30 chairs, fridge, 2 coffee makers, microwave Office cubicles / partitions 12 phones, 12 computers Tanks and mixers;Pallet Racking** | **Disputed** | **$294,399.08** | **$101,591.18** | **$195,647.90** |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **First-Citizens Bank & Trust Company 1516 16th Ave S. Nashville, TN 37212** | | **Credit Card - UCC Lien** | **Disputed** | **$58,690.76** | **$0.00** | **$58,690.76** |
| **First-Citizens Bank & Trust Company 1516 16th Ave S. Nashville, TN 37212** | | **Guidance Equipment Draw** | **Disputed** | **$27,305.35** | **$0.00** | **$27,305.35** |
| **First-Citizens Bank & Trust Company 1516 16th Ave S. Nashville, TN 37212** | | **Equipment Loan - UCC Lien** | **Disputed** | **$27,137.30** | **$0.00** | **$27,137.30** |
| **Ford Credit P.O. Box 650574 Dallas, TX 75265-0574** | | **2022 Ford F150Vin: 1FTFW1E57NKE77166** | | **$52,142.46** | **$37,500.00** | **$14,642.46** |
| **GreatAmerican Financial Services Corp. 625 First Street, S.E., Suite 800 Cedar Rapids, IA 52401** | | **Lease** | **Contingent Unliquidated Disputed** | | | **$10,245.40** |
| **Lintech International 7705 NE Industrial Blvd Macon, GA 31216** | | **Vendor** | | | | **$10,373.79** |
| **PayPal Working Capital Attn: Executive Escalation P.O. Box 45950 Omaha, NE 68145-0950** | | **Working Capital** | **Contingent Unliquidated Disputed** | **$118,787.25** | **$0.00** | **$118,787.25** |
| **Plumeria According Holdings / Kabbage 4780 Ashford Dunwoody Road STE 540 #411 D Atlanta, GA 30338** | | **Money Loaned** | **Disputed** | | | **$30,268.96** |
| **R&L Carriers 600 Gillam Rd Wilmington, OH 45177** | | **Vendor** | | | | **$12,725.57** |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Tennessee Department of Revenue TN F&E taxAndrew Jackson Building 500 Deaderick Street Nashville, TN 37242 | | Franchise Tax | | | | $17,918.06 |
| Tribecto Ltd Jactin House, 24 Hood Street Manchester, Greater Manchester UK M4 6WX | | Vendor | | | | $7,775.60 |
| U.S. Small Business Administration P.O. Box 3918 Portland, OR 97208-3918 | | All assets | Disputed | $1,039,799.51 | $0.00 | $1,039,799.51 |
| Uline 12575 Uline Drive Pleasant Prairie, WI 53158 | | Vendor | | | | $7,453.37 |
| UniCarriers Capital P.O. Box 6980 Wayne, PA 19087 | customersupport@ leasedirect.com | Forklift | | $22,545.00 | $12,000.00 | $10,545.00 |
| XPO Logistics PO BOX 982020 North Richland Hills, TX 76182 | | Vendor | | | | $19,519.66 |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com         Best Case Bankruptcy

Debtor name **Everlast Epoxy Systems, Inc.**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF TENNESSEE

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                              **12/15**

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................. $ **0.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.............................................................................. $ **155,871.28**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*................................................................................ $ **155,871.28**

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................... $ **1,643,944.47**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......................................... $ **18,365.58**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................. +$ **203,005.22**

4. **Total liabilities** ................................................................................................
Lines 2 + 3a + 3b                                                                                      $ **1,865,315.27**

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

| Fill in this information to identify the case: |

Debtor name    **Everlast Epoxy Systems, Inc.**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF TENNESSEE

Case number (if known)

☐ Check if this is an
amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No.    Go to Part 2.
☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Wells Fargo Bank (Operations) - 3305 SW Archer Rd. Gainsville, FL 32608** | **Checking** | **3352** | **$160.00** |
| 3.2. | **Wells Fargo Bank (Incoming Wires) 3305 SW Archer Rd - Gaineseville, FL 32608** | **Checking** | **3360** | **$50.00** |

4.  **Other cash equivalents** *(Identify all)*

5.  **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

|  $210.00 |
|---|

### Part 2:    Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

☐ No.    Go to Part 3.
☒ Yes Fill in the information below.

7.  **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| 8.1. | **Columbia Office Space Lease - Loch Company** | $5,219.10 |
|---|---|---|

Case 1:24-bk-02261    Doc 1    Filed 06/20/24    Entered 06/20/24 10:48:19    Desc Main
Document    Page 11 of 45

8.2.  **Printer Lease - Great American Financial Services** _____  $2,401.00

---

9.    **Total of Part 2.**                                                    |  $7,620.10  |

      Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |
| --- | --- |

10. **Does the debtor have any accounts receivable?**

☐ No.   Go to Part 4.
☒ Yes Fill in the information below.

11.    **Accounts receivable**

       11b. Over 90 days old:     **1,651.88**      -          **825.94**  =....       $825.94
                               face amount          doubtful or uncollectible accounts

---

12.    **Total of Part 3.**                                                   |  $825.94  |

       Current value on lines 11a + 11b = line 12.   Copy the total to line 82.

| Part 4: | Investments |
| --- | --- |

13. **Does the debtor own any investments?**

☒ No.   Go to Part 5.
☐ Yes Fill in the information below.

---

| Part 5: | Inventory, excluding agriculture assets |
| --- | --- |

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.   Go to Part 6.
☒ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 19. **Raw materials** **Raw Materials/Inventory** | 06/11/2024 | $89,715.24 | | $89,715.24 |

---

20.    **Work in progress**

21.    **Finished goods, including goods held for resale**

22.    **Other inventory or supplies**

23.    **Total of Part 5.**                                                   |  $89,715.24  |

       Add lines 19 through 22.   Copy the total to line 84.

24.    **Is any of the property listed in Part 5 perishable?**
       ☒ No
       ☐ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
       ☒ No
       ☐ Yes. Book value _____  Valuation method _____  Current Value _____

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

Case 1:24-bk-02261    Doc 1    Filed 06/20/24    Entered 06/20/24 10:48:19    Desc Main
                               Document    Page 12 of 45

☒ No
☐ Yes

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.   Go to Part 7.
☐ Yes Fill in the information below.

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.   Go to Part 8.
☒ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>**20 desks, 6 tables, 30 chairs, fridge, 2 coffee makers, microwave** | **$1,500.00** | | **$1,500.00** |
| 40. | **Office fixtures**<br>**Office cubicles / partitions** | **$1,000.00** | | **$1,000.00** |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software**<br>**12 phones, 12 computers** | **$1,500.00** | | **$1,500.00** |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

**43. Total of Part 7.**

Add lines 39 through 42.   Copy the total to line 86.

                            **$4,000.00**

**44.   Is a depreciation schedule available for any of the property listed in Part 7?**
☒ No
☐ Yes

**45.   Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☒ No
☐ Yes

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.   Go to Part 9.
☒ Yes Fill in the information below.

| | General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. | **2022 Ford F150**<br>**Vin: 1FTFW1E57NKE77166** | **$37,500.00** | | **$37,500.00** |

48.  **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
     floating homes, personal watercraft, and fishing vessels

49.  **Aircraft and accessories**

50.  **Other machinery, fixtures, and equipment (excluding farm
     machinery and equipment)**
     **Tanks and mixers;**
     **Pallet Racking** _____    **$4,000.00** _____    **$4,000.00**

     **Forklift** _____    **$12,000.00** _____    **$12,000.00**

51.  **Total of Part 8.**                                                    $53,500.00

     Add lines 47 through 50.   Copy the total to line 87.

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
     ☒ No
     ☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
     ☒ No
     ☐ Yes

| Part 9: | Real property |
|---------|---------------|

54. **Does the debtor own or lease any real property?**

☐ No.   Go to Part 10.
☒ Yes Fill in the information below.

55.  **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.   **803 S Garden St #300, Columbia, TN 38401** | **Lease** | **$0.00** | | **$0.00** |

56.  **Total of Part 9.**                                                    $0.00

     Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
     Copy the total to line 88.

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**
     ☒ No
     ☐ Yes

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
     ☒ No
     ☐ Yes

| Part 10: | Intangibles and intellectual property |
|----------|---------------------------------------|

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy
Case 1:24-bk-02261   Doc 1   Filed 06/20/24   Entered 06/20/24 10:48:19   Desc Main
                             Document      Page 14 of 45

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** **Epoxy Floor formulas** | **Unknown** | | **Unknown** |
| 61. **Internet domain names and websites** **https://www.everlastepoxy.com** | **$100.00** | | **Unknown** |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

66. **Total of Part 10.**

    Add lines 60 through 65. Copy the total to line 89.

                                                                **$0.00**

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
☒ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☒ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 11:   All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

☒ No.  Go to Part 12.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com         Best Case Bankruptcy

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $210.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $7,620.10 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $825.94 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $89,715.24 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $4,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $53,500.00 | |
| 88. **Real property.** *Copy line 56, Part 9*......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $155,871.28 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $155,871.28 |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

☐ Check if this is an
amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

### Part 1:    List Creditors Who Have Secured Claims

| | Column A | Column B |
|---|---|---|
| 2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. | **Amount of claim**<br><br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

---

**2.1** **First-Citizens Bank & Trust Company**

Creditor's Name

**1516 16th Ave S.
Nashville, TN 37212**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred
03/20/2024**

**Last 4 digits of account number
0680**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Credit Card - UCC Lien**

**Describe the lien**
**Voluntary Lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

$58,690.76          $0.00

---

**2.2** **First-Citizens Bank & Trust Company**

Creditor's Name

**1516 16th Ave S.
Nashville, TN 37212**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred
03/14/2023**

**Last 4 digits of account number
2337**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor,

**Describe debtor's property that is subject to a lien**
**Equipment Loan - UCC Lien**

**Describe the lien**
**Voluntary Lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent

$27,137.30          $0.00

---

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                                                                        Best Case Bankruptcy

including this creditor and its relative
priority.

☐ Unliquidated
☒ Disputed

---

| 2.3 | **First-Citizens Bank & Trust Company** | Describe debtor's property that is subject to a lien | $3,137.76 | $0.00 |

Creditor's Name

**1516 16th Ave S.**
**Nashville, TN 37212**

Creditor's mailing address

**Guidance Equipment Draw**

**Describe the lien**
**Voluntary Lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**11/10/2023**

**Last 4 digits of account number**
**9640**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

---

| 2.4 | **First-Citizens Bank & Trust Company** | Describe debtor's property that is subject to a lien | $27,305.35 | $0.00 |

Creditor's Name

**1516 16th Ave S.**
**Nashville, TN 37212**

Creditor's mailing address

**Guidance Equipment Draw**

**Describe the lien**
**Voluntary Lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**12/05/2023**

**Last 4 digits of account number**
**3681**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

---

| 2.5 | **First-Citizens Bank & Trust Company** | Describe debtor's property that is subject to a lien | $294,399.08 | $101,591.18 |

Creditor's Name

**1516 16th Ave S.**
**Nashville, TN 37212**

Creditor's mailing address

**Line of Credit**

**Describe the lien**
**Voluntary Lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No

**Date debt was incurred**

---

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                                                   Best Case Bankruptcy

**02/01/2023**
**Last 4 digits of account number**
**0441**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

---

| 2.6 | **Ford Credit** | Describe debtor's property that is subject to a lien | **$52,142.46** | **$37,500.00** |
|-----|-----------------|------------------------------------------------------|----------------|----------------|

Creditor's Name

**2022 Ford F150Vin: 1FTFW1E57NKE77166**

**P.O. Box 650574**
**Dallas, TX 75265-0574**

Creditor's mailing address

Describe the lien
**Voluntary Lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**01/23/2024**
**Last 4 digits of account number**
**3129**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **PayPal Working Capital** | Describe debtor's property that is subject to a lien | **$118,787.25** | **$0.00** |
|-----|----------------------------|------------------------------------------------------|-----------------|-----------|

Creditor's Name

**Working Capital**

**Attn: Executive Escalation**
**P.O. Box 45950**
**Omaha, NE 68145-0950**

Creditor's mailing address

Describe the lien
**Voluntary Lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**06/28/2023**
**Last 4 digits of account number**
**0096**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

---

| 2.8 | **U.S. Small Business Administration** | Describe debtor's property that is subject to a lien | **$1,039,799.51** | **$0.00** |
|-----|----------------------------------------|------------------------------------------------------|-------------------|-----------|

Creditor's Name

**All assets**

**P.O. Box 3918**
**Portland, OR 97208-3918**

Creditor's mailing address

Describe the lien
**Voluntary Lien**

**Is the creditor an insider or related party?**

---

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Case 1:24-bk-02261    Doc 1    Filed 06/20/24    Entered 06/20/24 10:48:19    Desc Main
Document     Page 19 of 45

_____

Creditor's email address, if known

☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**10/30/2021**

**Last 4 digits of account number**
**7807**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

---

| 2.9 | **UniCarriers Capital** | Describe debtor's property that is subject to a lien | $22,545.00 | $12,000.00 |
| --- | --- | --- | --- | --- |

Creditor's Name

**Forklift**

**P.O. Box 6980**
**Wayne, PA 19087**

Creditor's mailing address

**Describe the lien**
**Purchase Money Security**

**customersupport@leasedirect.com**

Creditor's email address, if known

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**6/16/2020**

**Last 4 digits of account number**
**4935**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $1,643,944.47 |
| --- | --- | --- |

**Part 2:** List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
| --- | --- | --- |
| **Adams and Reese, LLP**<br>**Attn: Coleman J. Braun**<br>**1600 West End Ave, Ste 1400**<br>**Nashville, TN 37203** | Line **2.5** | |
| **First-Citizens Bank & Trust Company**<br>**P.O. Box 26592**<br>**Raleigh, NC 27611-6592** | Line **2.5** | **4UCC** |
| **U.S. Small Business Administration**<br>**2 North Street, Suite 320**<br>**Birmingham, AL 35203** | Line **2.8** | **7807** |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☒ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | **Total claim** | **Priority amount** |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address<br>**Harvard Business Services, Inc.**<br>**16192 Coastal Highway**<br>**Lewes, DE 19958** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☒ Disputed | **$447.52** | **$447.52** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Franchise Tax** | | |
| | Last 4 digits of account number **1556** | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | | | |

| 2.2 | Priority creditor's name and mailing address<br>**Tennessee Department of Revenue**<br>**TN F&E taxAndrew Jackson Building**<br>**500 Deaderick Street**<br>**Nashville, TN 37242** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$17,918.06** | **$17,918.06** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**12/2023** | Basis for the claim:<br>**Franchise Tax** | | |
| | Last 4 digits of account number | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | | | |

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address<br>**1105 Media, Inc.**<br>**6300 Canoga Aveunue**<br>**Suite 1150**<br>**Woodland Hills, CA 91367** | As of the petition filing date, the claim is: *Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,650.00** |
|---|---|---|---|
| | Date(s) debt was incurred ___ | Basis for the claim: **Vendor** | |
| | Last 4 digits of account number **9892** | Is the claim subject to offset? ☒ No ☐ Yes | |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

Case 1:24-bk-02261   Doc 1   Filed 06/20/24   Entered 06/20/24 10:48:19   Desc Main
Document   Page 21 of 45

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $33,118.54 |
|---|---|---|---|

**American Express**
P.O. Box 981535
El Paso, TX 79998-1535

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: **Credit card**

**Last 4 digits of account number  6007**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,298.00 |
|---|---|---|---|

**Arropol Chemicals**
1815 South Hamilton St
Dalton, GA 30721

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: **Vendor**

**Last 4 digits of account number  1053**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $982.86 |
|---|---|---|---|

**Athens Paper**
1898 Elm Tree Drive
Nashville, TN 37210

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: **Vendor**

**Last 4 digits of account number  8902**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,688.96 |
|---|---|---|---|

**Capital One**
P.O. Box 30285
Salt Lake City, UT 84130-0285

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: **Credit card**

**Last 4 digits of account number  5258**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,968.24 |
|---|---|---|---|

**Capital One**
P.O. Box 30285
Salt Lake City, UT 84130-0285

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: **Credit card**

**Last 4 digits of account number  0530**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,188.23 |
|---|---|---|---|

**Charles Linton**
2157 Claude Fox Road
Cornersville, TN 37047

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: **Money Loaned**

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,950.00 |
|---|---|---|---|

**Construct Connect**
PO Box 207121
Dallas, TX 75320

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: **Vendor**

**Last 4 digits of account number  7357**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $265.00 |
|---|---|---|---|

**Cowley Container Corporation**
PO Box 231

Mount Pleasant, TN 38474

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: **Vendor**

**Last 4 digits of account number  2796**

Is the claim subject to offset? ☒ No  ☐ Yes

---

Case 1:24-bk-02261    Doc 1    Filed 06/20/24    Entered 06/20/24 10:48:19    Desc Main
Document        Page 22 of 45

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $199.66 |
|------|--------------------------------------------------|--------------------------------------------------------------------|---------|

**Culligan Water**
2004 Pitway Drive
Nashville, TN 37207

Date(s) debt was incurred _

Last 4 digits of account number **2553**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,903.37 |
|------|--------------------------------------------------|--------------------------------------------------------------------|-----------|

**DexImaging**
PO Box 17299
Clearwater, FL 33762

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $348.65 |
|------|--------------------------------------------------|--------------------------------------------------------------------|---------|

**Dream Mountain Services LLC**
1717 Blacksmith Ct Ste B

Logan, UT 84321

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,264.87 |
|------|--------------------------------------------------|--------------------------------------------------------------------|-----------|

**eShipping, LLC**
PO Box 775332

Chicago, IL 60677

Date(s) debt was incurred _

Last 4 digits of account number **0817**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,245.40 |
|------|--------------------------------------------------|--------------------------------------------------------------------|------------|

**GreatAmerican Financial Services Corp.**
625 First Street, S.E., Suite 800
Cedar Rapids, IA 52401

Date(s) debt was incurred **06/2023**

Last 4 digits of account number **6000**

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: **Lease**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $304.00 |
|------|--------------------------------------------------|--------------------------------------------------------------------|---------|

**Jan-Pro Customer**
209 Gothic Ct Ste 107

Franklin, TN 37067

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,373.79 |
|------|--------------------------------------------------|--------------------------------------------------------------------|------------|

**Lintech International**
7705 NE Industrial Blvd
Macon, GA 31216

Date(s) debt was incurred _

Last 4 digits of account number **6091**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,875.00 |
|------|--------------------------------------------------|---------------------------------------------------------------------|-----------|

**Pitney Bowes, U.S. Mailing Solutions**
**1313 N Atlantic, Suite 3000**

**Spokane, WA 99201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number  **5798**

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,268.96 |
|------|--------------------------------------------------|---------------------------------------------------------------------|------------|

**Plumeria According Holdings / Kabbage**
**4780 Ashford Dunwoody Road STE 540 #411**
**D**

**Atlanta, GA 30338**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Money Loaned**

Last 4 digits of account number _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,725.57 |
|------|--------------------------------------------------|---------------------------------------------------------------------|------------|

**R&L Carriers**
**600 Gillam Rd**
**Wilmington, OH 45177**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number  **08MS**

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,775.60 |
|------|--------------------------------------------------|---------------------------------------------------------------------|-----------|

**Tribecto Ltd**
**Jactin House, 24 Hood Street**
**Manchester, Greater Manchester**

**UK M4 6WX**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,453.37 |
|------|--------------------------------------------------|---------------------------------------------------------------------|-----------|

**Uline**
**12575 Uline Drive**

**Pleasant Prairie, WI 53158**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number  **0547**

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,048.30 |
|------|--------------------------------------------------|---------------------------------------------------------------------|-----------|

**UPS**
**P.O.BOX 809488**

**Chicago, IL 60680**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number  **6460**

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,490.00 |
|------|--------------------------------------------------|---------------------------------------------------------------------|-----------|

**Visual Visitor**
**11175 Cicero Dr Suite 145**

**Alpharetta, GA 30022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number  **8315**

Is the claim subject to offset?  ☒ No   ☐ Yes

---

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Case 1:24-bk-02261    Doc 1    Filed 06/20/24    Entered 06/20/24 10:48:19    Desc Main
Document        Page 24 of 45

| Debtor | Everlast Epoxy Systems, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $775.00 |
|---|---|---|---|

**3.24** Nonpriority creditor's name and mailing address
**White Oak Logistics, Inc**
**2205 Hwy 20 West**

**Decatur, AL 35601**

Date(s) debt was incurred _

Last 4 digits of account number **9622**

As of the petition filing date, the claim is: *Check all that apply.*     **$775.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.25** Nonpriority creditor's name and mailing address
**William L Rutherford Limited**
**3350 AIRWAY DRIVE**
**MISSISSAUGA, ONTARIO**

**CANADA L4V 1T3**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$324.19**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.26** Nonpriority creditor's name and mailing address
**XPO Logistics**
**PO BOX 982020**

**North Richland Hills, TX 76182**

Date(s) debt was incurred _

Last 4 digits of account number **1295**

As of the petition filing date, the claim is: *Check all that apply.*     **$19,519.66**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 18,365.58 |
| 5b. Total claims from Part 2 | 5b. + $ | 203,005.22 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 221,370.80 |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Everlast Epoxy Systems, Inc.**

United States Bankruptcy Court for the:   **MIDDLE DISTRICT OF TENNESSEE**

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.   State what the contract or lease is for and the nature of the debtor's interest    **North End Portion of Maintenance Building 795 Santa Fe Pike, Columbia TN 38401** | |
|      State the term remaining    **35 months** | |
|      List the contract number of any government contract | **Columbia Industrial Properties, LLC 401 Rutherford Lane Columbia, TN 38401** |
| 2.2.   State what the contract or lease is for and the nature of the debtor's interest    **West End Portion of Maching Building - 795 Santa Fe Pike Columbia, TN 38401** | |
|      State the term remaining    **Month to Month** | |
|      List the contract number of any government contract | **Columbia Industrial Properties, LLC 401 Rutherford Lane Columbia, TN 38401** |
| 2.3.   State what the contract or lease is for and the nature of the debtor's interest    **Equipment Service contract - Office Printer** | |
|      State the term remaining    **51 Months** | |
|      List the contract number of any government contract | **Dex Imaging 50 Rachel Drive Nashville, TN 37214** |
| 2.4.   State what the contract or lease is for and the nature of the debtor's interest    **Office Printer lease** | |
|      State the term remaining | |
|      List the contract number of any government contract    **020-1874336-000** | **Great America Financial Services Corp. P.O. Box 609 Cedar Rapids, IA 52406-0609** |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Case 1:24-bk-02261    Doc 1    Filed 06/20/24   Entered 06/20/24 10:48:19   Desc Main
Document     Page 26 of 45

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.5.**  State what the contract or lease is for and the nature of the debtor's interest — **Office space lease - Columbia, TN,   Suite 200-300**

    State the term remaining — **8 years, 6 months**

    List the contract number of any government contract

**Loch Company**
**P.O. Box 92**
**Arrington, TN 37014**

**2.6.**  State what the contract or lease is for and the nature of the debtor's interest — **Potage Machine and Software Maintenance**

    State the term remaining — **12 Months**

    List the contract number of any government contract — **n/a**

**Pitney Bowes, Inc.**
**4901 Belfort Road, Ste 120**
**Jacksonville, FL 32256**

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Case 1:24-bk-02261    Doc 1    Filed 06/20/24    Entered 06/20/24 10:48:19    Desc Main
Document      Page 27 of 45

**Fill in this information to identify the case:**

Debtor name    **Everlast Epoxy Systems, Inc.**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF TENNESSEE

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☒ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.7 | **Brandi L. Linton** | **125 Stream Valley Blvd.**<br><br>**Franklin, TN 37064** | **U.S. Small Business Administration** | ☒ D ___2.8___<br>☐ E/F _____<br>☐ G _____ |
| 2.8 | **Brandi L. Linton** | **125 Stream Valley Blvd.**<br><br>**Franklin, TN 37064** | **First-Citizens Bank & Trust Company** | ☒ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |
| 2.9 | **David & Brandi Linton** | **125 Stream Valley Blvd.**<br>**Franklin, TN 37064** | **Ford Credit** | ☒ D ___2.6___<br>☐ E/F _____<br>☐ G _____ |
| 2.10 | **David J. Linton** | **125 Stream Valley Blvd.**<br>**Franklin, TN 37064** | **UniCarriers Capital** | ☒ D ___2.9___<br>☐ E/F _____<br>☐ G _____ |
| 2.11 | **David J. Linton** | **125 Stream Valley Blvd.**<br>**Franklin, TN 37064** | **First-Citizens Bank & Trust Company** | ☒ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |
| 2.12 | **David J. Linton** | **125 Stream Valley Blvd.**<br>**Franklin, TN 37064** | **GreatAmerican Financial Services Corp.** | ☐ D _____<br>☒ E/F ___3.14___<br>☐ G _____ |

| | **Additional Page to List More Codebtors** | | |
|---|---|---|---|
| | Copy this page only if more space is needed.   Continue numbering the lines sequentially from the previous page. | | |
| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** |
| 2.13 | **David Joseph Linton** | **125 Stream Valley Blvd. Franklin, TN 37064** | **U.S. Small Business Administration**   ☒ D ___2.8___ ☐ E/F _____ ☐ G _____ |

Fill in this information to identify the case:

Debtor name __**Everlast Epoxy Systems, Inc.**__

United States Bankruptcy Court for the: __MIDDLE DISTRICT OF TENNESSEE__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

| Part 1: | Income |
| --- | --- |

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- |
| **From the beginning of the fiscal year to filing date:**<br>From **01/01/2024** to **Filing Date** | ☒ Operating a business<br><br>☐ Other _____ | **$855,622.00** |
| **For prior year:**<br>From **01/01/2023** to **12/31/2023** | ☒ Operating a business<br><br>☐ Other _____ | **$1,915,866.00** |
| **For year before that:**<br>From **01/01/2022** to **12/31/2022** | ☒ Operating a business<br><br>☐ Other _____ | **$2,161,962.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☒ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
| --- | --- |

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                                                                 Best Case Bankruptcy

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **First Citizens Bank**<br>**1516 16th Ave S.**<br><br>**Nashville, TN 37212** | 4/12/24;<br>5/16/24;<br>5/16/24 | $2,101.00 | ☒ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2. **American Express**<br>**PO Box 981355**<br>**El Paso, TX 79998** | 05/28/2024;<br>05/20/2024;<br>05/20/2024;<br>05/16/2024;<br>05/15/2024;<br>5/01/2024;04/<br>29/2024;<br>04/29/2024;<br>04/24/2024;<br>04/23/2024;<br>04/22/2024;<br>04/17/2024;<br>04/11/2024;<br>04/10/2024;<br>04/04/2024;<br>03/29/2024 | $37,119.00 | ☐ Secured debt<br>☒ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **David Joseph Linton**<br>**125 Stream Valley Blvd.**<br>**Franklin, TN 37064**<br>**Chief Executive Officer** | 06/2023 -<br>06/2024 | $258,194.24 | **Wages and Shareholder**<br>**Distrubtions** |
| 4.2. **Charles Linton**<br>**2157 Claude Fox Rd.**<br>**Cornersville, TN 37047**<br>**Son** | 11/9/23<br>11/16/23 | $12,660.00 | **Loan Repayment** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3:  Legal Actions or Assignments

**7.  Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **GreatAmerica Financial Services Corporation vs. Everlast Epoxy Systems, Inc, Brandi Linton and David Linton**<br>**LACV105028** | **Contract** | **Iowa District Court**<br>**51 3rd Ave Bridge**<br>**Cedar Rapids, IA 52401** | ☒ Pending<br>☐ On appeal<br>☐ Concluded |

**8.  Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

## Part 4:  Certain Gifts and Charitable Contributions

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:  Certain Losses

10.  **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:  Certain Payments or Transfers

11.  **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                                                                 Best Case Bankruptcy

Case 1:24-bk-02261    Doc 1    Filed 06/20/24    Entered 06/20/24 10:48:19    Desc Main
Document        Page 32 of 45

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **EmergeLaw, PLC**<br>**4235 Hillsboro Road, Ste 300**<br>**Nashville, TN 37215** | | **06/12/2024**<br>**and**<br>**06/18/2024** | **$53,506.00** |
| | Email or website address<br>**www.emerge.law** | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☒ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| **Part 7:** | **Previous Locations** |
|---|---|

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **1000 N. West St. Ste 1200**<br>**Wilmington, DE 19801** | **03/06/2020   to 08/05/2021** |
| 14.2. | **1616 Westgage Circle**<br>**Brentwood, TN 37027** | **07/31/2021 to 11/01/2023** |
| 14.3. | **637 State Road 47**<br>**Lake City, FL 32025** | **11/1/2013 to 8/30/2021** |

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

Case 1:24-bk-02261   Doc 1   Filed 06/20/24   Entered 06/20/24 10:48:19   Desc Main
Document      Page 33 of 45

## Part 9:   Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☒ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **First Citizens Bank**<br>**1516 16th Ave S.**<br><br>**Nashville, TN 37212** | **XXXX-3132** | ☒ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **05/30/2024** | **$0.00** |
| 18.2. | **First Citizens Bank**<br>**1516 16th Ave S.**<br><br>**Nashville, TN 37212** | **XXXX-3140** | ☒ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **03/06/2024** | **$0.00** |
| 18.3. | **F&M Bank**<br>**320 Main St. Ste 100**<br>**Franklin, TN 37064** | **XXXX-9088** | ☒ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **12/13/2023** | **$0.00** |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

## Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

---

### Part 12:   Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
| --- | --- | --- | --- |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |

---

### Part 13:   Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
| --- | --- | --- |
| **25.1.**   **Everlast Epoxy Flooring Company**<br>**803 South Garden Street, Ste 300**<br>**Columbia, TN 38401** | **Flooring Contractors / Paint & Coating Manufacturing** | EIN:    **85-0981778**<br><br>From-To   **05/07/2020 to current** |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

---

Case 1:24-bk-02261    Doc 1    Filed 06/20/24    Entered 06/20/24 10:48:19    Desc Main
Document     Page 35 of 45

| Name and address | Date of service From-To |
|---|---|
| 26a.1.  **Kraft CPAs, LLC \| Lana C. Russell, CPA**<br>**610 N. Garden St. Ste 200**<br>**Columbia, TN 38401** | **8/1/2022   to current** |
| 26a.2.  **Mary Huber**<br>**111 N. Cherry St.**<br>**Mount Pleasant, TN 38474** | **01/17/2022   -**<br>**03/23/2024** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☒ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  **Kraft CPAs, LLC \| Lana C. Russell, CPA**<br>**610 N. Garden St. Ste 200**<br>**Columbia, TN 38401** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.  **First Citizens Bank**<br>**First Citizens Bank, 1516 16th Ave S.**<br><br>**Nashville, TN 37212** |
| 26d.2.  **Freedom LLC,**<br>**2929 Kraft Drive**<br>**37204** |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
☒ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| 27.1.  **David J. Linton** | **06/12/2020** | **$89,715.24** |

| Name and address of the person who has possession of inventory records |
|---|
| **David J. Linton**<br>**125 Stream Valley Blvd.**<br>**Franklin, TN 37064** |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| David Joseph Linton | 125 Stream Valley Blvd. Franklin, TN 37064 | Owner/Manager | 50 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Brandi L. Linton | 125 Stream Valley Blvd. Franklin, TN 37064 | Owner/Manager | 50 |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☒ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☒ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **David Joseph Linton** <br> **125 Stream Valley Blvd.** <br> **Franklin, TN 37064** | **258,194.24** | **06/20/23 - 06/19/2024** | **Wages and Shareholder distributions** |
| | **Relationship to debtor** <br> **Chief Executive Officer** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.    Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 20, 2024**

**/s/   David Joseph Linton**                              **David Joseph Linton**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **Chief Executive Officer**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☒ No
☐ Yes

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                                                            Best Case Bankruptcy

# United States Bankruptcy Court
## Middle District of Tennessee

In re __Everlast Epoxy Systems, Inc.__

Debtor(s)

Case No. _____

Chapter __11__

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Brandi L. Linton**<br>**125 Stream Valley Blvd.**<br><br>**Franklin, TN 37064** | | | **50% common stock** |
| **David J. Linton**<br>**125 Stream Valley Blvd.**<br>**Franklin, TN 37064** | | | **50% common stock** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Chief Executive Officer** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date __June 20, 2024__

Signature __/s/ David Joseph Linton__

__David Joseph Linton__

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Middle District of Tennessee

In re   **Everlast Epoxy Systems, Inc.**                           Case No.

                                            Debtor(s)             Chapter     **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Chief Executive Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **June 20, 2024**                      **/s/ David Joseph Linton**

                                                  **David Joseph Linton/Chief Executive Officer**
                                                  Signer/Title

1105 Media, Inc.
6300 Canoga Aveunue Suite 1150
Woodland Hills, CA 91367


Adams and Reese, LLP
Attn: Coleman J. Braun
1600 West End Ave, Ste 1400
Nashville, TN 37203


American Express
P.O. Box 981535
El Paso, TX 79998-1535


Arropol Chemicals
1815 South Hamilton St
Dalton, GA 30721


Athens Paper
1898 Elm Tree Drive
Nashville, TN 37210


Brandi L. Linton
125 Stream Valley Blvd.
Franklin, TN 37064


Capital One
P.O. Box 30285
Salt Lake City, UT 84130-0285


Charles Linton
2157 Claude Fox Road
Cornersville, TN 37047


Columbia Industrial Properties, LLC
401 Rutherford Lane
Columbia, TN 38401


Construct Connect
PO Box 207121
Dallas, TX 75320


Cowley Container Corporation
PO Box 231
Mount Pleasant, TN 38474


Culligan Water
2004 Pitway Drive
Nashville, TN 37207


David J. Linton
125 Stream Valley Blvd.
Franklin, TN 37064


David Joseph Linton
125 Stream Valley Blvd.
Franklin, TN 37064

Dex Imaging
50 Rachel Drive
Nashville, TN 37214


Dex Imaging, LLC
50 Rachel Drive
Nashville, TN 37214


DexImaging
PO Box 17299
Clearwater, FL 33762


Dream Mountain Services LLC
1717 Blacksmith Ct Ste B
Logan, UT 84321


eShipping, LLC
PO Box 775332
Chicago, IL 60677


First-Citizens Bank & Trust Company
1516 16th Ave S.
Nashville, TN 37212


First-Citizens Bank & Trust Company
P.O. Box 26592
Raleigh, NC 27611-6592


Great America Financial Services Corp.
P.O. Box 609
Cedar Rapids, IA 52406-0609


GreatAmerican Financial Services Corp.
625 First Street, S.E., Suite 800
Cedar Rapids, IA 52401


Harvard Business Services, Inc.
16192 Coastal Highway
Lewes, DE 19958


Jan-Pro Customer
209 Gothic Ct Ste 107
Franklin, TN 37067


Lintech International
7705 NE Industrial Blvd
Macon, GA 31216


Loch Company
P.O. Box 92
Arrington, TN 37014


PayPal Working Capital
Attn: Executive Escalation
P.O. Box 45950
Omaha, NE 68145-0950

Pitney Bowes, Inc.
4901 Belfort Road, Ste 120
Jacksonville, FL 32256


Pitney Bowes, U.S. Mailing Solutions
1313 N Atlantic, Suite 3000
Spokane, WA 99201


Plumeria According Holdings / Kabbage
4780 Ashford Dunwoody Road STE 540 #411
Atlanta, GA 30338


R&L Carriers
600 Gillam Rd
Wilmington, OH 45177


Tennessee Department of Revenue
TN F&E taxAndrew Jackson Building
500 Deaderick Street
Nashville, TN 37242


Tribecto Ltd
Jactin House, 24 Hood Street
Manchester, Greater Manchester
UK M4 6WX


U.S. Small Business Administration
P.O. Box 3918
Portland, OR 97208-3918


U.S. Small Business Administration
2 North Street, Suite 320
Birmingham, AL 35203


Uline
12575 Uline Drive
Pleasant Prairie, WI 53158


UniCarriers Capital
P.O. Box 6980
Wayne, PA 19087


UPS
P.O.BOX 809488
Chicago, IL 60680


Visual Visitor
11175 Cicero Dr Suite 145
Alpharetta, GA 30022


White Oak Logistics, Inc
2205 Hwy 20 West
Decatur, AL 35601

William L Rutherford Limited
3350 AIRWAY DRIVE MISSISSAUGA, ONTARIO
CANADA L4V 1T3


XPO Logistics
PO BOX 982020
North Richland Hills, TX 76182

# United States Bankruptcy Court
## Middle District of Tennessee

In re  **Everlast Epoxy Systems, Inc.**

Debtor(s)

Case No. _____

Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Everlast Epoxy Systems, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☒ None [*Check if applicable*]

_June 20, 2024_____

Date

**/s/ Robert J. Gonzales**_____

**Robert J. Gonzales**

Signature of Attorney or Litigant

Counsel for   **Everlast Epoxy Systems, Inc.**

**EmergeLaw, PLC**

**4235 Hillsboro Pike, Suite 300**
**Nashville, TN 37215**
**(615) 815-1535  Fax:**
**ecf@emerge.law**